**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 15-5016

Kingman Reef Atoll Investments

v.

United States

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent United States

Party is (select one)   ☐ Appellant/Petitioner    ☐ Cross-Appellant
                        ☑ Appellee/Respondent     ☐ Intervenor

Tribunal appealed from and Case No. Court of Federal Claims No. 1:06cv828L

Date of Judgment/Order 06/30/2014   Type of Case Civil claim for just compensation

Relief sought on appeal Presumably reversal of judgment as provided in two orders

Relief awarded below (if damages, specify)
No relief awarded to plaintiffs

Briefly describe the judgment/order appealed from

March, 8, 2012 order dismissing Kingman Reef Atoll Investments LLC for lack of jurisdiction under 28 U.S.C. 1500; June 30, 2014 Opinion denying Plaintiff Kingman Reef Atoll Development LLC's motion for summary judgment and granting the United States cross-motion for summary judgment on the ground that plaintiff failed to put forth evidence suggesting that it had a cognizable property interest in

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____

None

_____

Brief statement of the issues to be raised on appeal _____

US is appellee only. The case involves jurisdictional issues and the threshold question of whether Plaintiff has a cognizable property interest in the property allegedly taken by the United States without just compensation.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes    ☑ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    ☐ Yes    ☐ No

If they were mediated, by whom? _____

_____

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

If you answered no, explain why not _____

The United States prevailed on threshold issues of jurisdiction and the non-existence of a cognizable interest in the property allegedly taken which it believes are correct. Plaintiffs' seek $54 million in just compensation; it seems extremely unlikely that either party would be willing to compromise sufficiently to settle the case at this stage in the litigation.

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

I certify that I filed ~~an original and one copy~~ of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 12th day of November, 2014

by: Service on court and counsel is by CM/ECF pursuant to 12/6/2013 Mediation Guidelines
(manner of service)

Katherine J. Barton                           s/ Katherine J. Barton
   Name of Counsel                              Signature of Counsel

Law Firm  App. Sec., Env. & Nat. Res. Div., US Dept. of Justice

Address  P.O. Box 7415

City, State, ZIP  Washington, D.C. 20044

Telephone Number  202-353-7712

FAX Number  202-353-1873

E-mail Address  katherine.barton@usdoj.gov