NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KINGMAN REEF ATOLL INVESTMENTS, LLC.,
KINGMAN REEF ATOLL DEVELOPMENT, LLC.,**
*Plaintiffs - Appellants*

v.

**UNITED STATES,**
*Defendant - Appellee*

---

15-5016

---

Appeal from the United States Court of Federal Claims in case no. 1:06-cv-00828-MBH Judge Marian Blank Horn

---

ON MOTION

O R D E R

Upon consideration of the Appellants', Kingman Reef Atoll Investments, LLC., and Kingman Reef Atoll

Development, LLC., unopposed motion to extend time to file a principal brief until February 17, 2015,

    IT IS ORDERED THAT:

The motion is granted.

|  |  |
|---|---|
|  | FOR THE COURT |
| December 11, 2014 | /s/ Daniel E. O'Toole |
|  | Daniel E. O'Toole |
|  | Clerk of Court |