Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Kingman Reef Atoll Investments, LLC, et al. v. The United States of America

No. 15-5016

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: Kingman Reef Atoll Investments, LLC and Kingman Reef Atoll Development LLC
Name of party

I am, or the party I represent is (select one):

☑ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Therese Y. Cannata
Law firm: Cannata Ching & O'Toole LLP
Address: 100 Pine Street, Suite 350
City, State and ZIP: San Francisco, CA 94111
Telephone: (415) 409-8900
Fax #: (415) 409-8904
E-mail address: tcannata@ccolaw.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 18, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/10/14
Date

_____
Signature of pro se or counsel

cc: _____

123

# CERTIFICATE OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

     I hereby certify that on December 10, 2014, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

     Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that there are no participants in this case that are not registered CM/ECF users.

                                                     /s/Therese Y. Cannata
                                                       Therese Y. Cannata